

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ERICSSON INC. | § | |
| | § | |
| Plaintiff and Counter Defendant, | § | |
| | § | |
| v. | § | |
| | § | |
| HARRIS CORPORATION and | § | |
| HARRIS CANADA, INC. | § | |
| | § | |
| Defendants, Counter Plaintiffs, | § | Civil Action No. 3-98 CV 2903-M |
| Third-Party Plaintiffs, and | § | |
| Counter Defendants, | § | |
| | § | |
| v. | § | |
| | § | |
| TELEFONAKTIEBOLAGET LM | § | |
| ERICSSON and | § | |
| ERICSSON RADIO SYSTEMS AB, | § | |
| | § | |
| Third-Party Defendants and | § | |
| Counter Plaintiffs. | § | |

## AMENDED ORDER GRANTING HARRIS LEAVE
## TO FILE AMENDED PLEADING

The Court, having considered Harris' Motion for Leave to Amend Pleading and

Ericsson's Motion to Amend The Court's Order Granting The Harris Parties' Leave to File an

Amended Answer, is of the opinion that the Harris' and Ericsson's motions should be granted as

provided below. It is, therefore,

ORDERED that Harris is granted leave to file its Second Amended Answer, Second

Amended Counterclaims, Third Party Claims and Jury Demand, and it is further

ORDERED that Harris' claims asserted in this action under the '111 patent are dismissed **with prejudice**.

Signed this 28 day of November, 2000.

Barbara M. G. Lynn
UNITED STATES DISTRICT JUDGE