# MINUTE ORDER - UNITED STATES DISTRICT COURT - NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| PLACE:  Dallas | JUDGE:  **Barbara M. G. Lynn** | DATE:  October 2, 2001 |
| REPORTER:  Sue Engledow | MARSHAL: | DEPUTY: Lori Greco |
| INTERPRETER: | CSO:  Lewis Ervoes | COURT TIME: **6 Hrs TTL** |

## CIVIL ACTIONS

| <u>TIME</u> | <u>CASE NUMBER & STYLE</u> | <u>TYPE OF HEARING & RESULTS</u> | <u>ATTYS PRESENT</u> |
|---|---|---|---|
| 9:30 a.m. | 3:98-CV-2903-M<br>Ericsson<br>vs.<br>Harris Corp. | MOTION HEARING | Counsel of record |
| 11:45 a.m. | | Lunch break | |
| 1:45 p.m. | | Resume oral argument<br>Following motions ruled on: | |

(#615) Harris' Mtn for Reconsideration-Realignment GRANTED - See record for specifics

Harris' Mtn for Leave to Amend - DENIED - See record for specifics.

(#480) Ericsson's Mtn for Partial Summary Judgment of invalidity and non-infringement of Harris' '732 patent - GRANTED IN PART DENIED IN PART - See record for specifics.

(#490) Harris' Mtn for Partial Summary Judgment regarding the '732 patent - GRANTED IN PART DENIED IN PART - See order for specifics.

(#504) Ericsson's Mtn for Partial Summary Judgment of Invalidity Regarding the '338 patent - UNDER ADVISEMENT - See record for specifics

(#477) Ericsson's Mtn for Partial Summary Judgment of Non-Infringement, or alternatively, invalidity under 35 U.S.C. Section 112 Paragraph 1 of the '338 patent. - UNDER ADVISEMENT - See record for specifics.

(#492) Harris' Mtn for Partial Summary Judgment Regarding the '338 patent - DENIED - See record for specifics.

(#484) Harris' Mtn for Partial Summary Judgment Regarding the '666 patent - DENIED - See record for specifics.

(#482) Ericsson's Mtn for Partial Summary Judgment of Non-Infringement, or Alternatively, of Invalidity Regarding the '666 patent. - See record for specifics.

(#487) Harris' Mtn for Partial Summary Judgment Re: the '111 patent GRANTED - See record for specifics.



5:20 p.m.                            Adjourned