IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| HARRIS CORPORATION and, <br> HARRIS CANADA, INC., <br> Plaintiffs, <br><br> v. <br><br> ERICSSON INC., <br> TELEFONAKTIEBOLAGET <br> LM ERICSSON and ERICSSON <br> RADIO SYSTEMS AB, <br> Defendants. | § § § § § § § § § § § § § |

Civil Action No. 3-98 CV 2903-M

### ORDER

Before the Court is the Harris Parties' First Supplement to Motion for Leave to File Amended Pleading, filed on September 2, 2001. The Harris Parties' First Supplement to Motion for Leave to File Amended Pleading is hereby **DENIED**. The Harris Parties shall replead to delete the allegations, hereby stricken, in their Fourth Amended Answer.

**SO ORDERED**.

October 29, 2001.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE